

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

## NO. 02-16-00157-CV

| | | |
|---|---|---|
| Jeffrey A. Severs and Lila Severs AND Robert and Linda Gaudin AND Mira Vista Homeowners Association, Inc. | § | From the 153rd District Court |
| | § | of Tarrant County (153-271718-14) |
| v. | | |
| | § | September 6, 2018 |
| Mira Vista Homeowners Association, Inc. AND Jeffrey A. Severs and Lila Severs | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse and remand the trial court's judgment only for a determination of an amount of Mira Vista Homeowners Association, Inc.'s reasonable attorney's fees.

It is further ordered that Appellants/Cross-Appellees Jeffrey A. Severs and Lila Severs shall pay Appellee/Cross-Appellant Mira Vista Homeowners Association, Inc.'s costs of this appeal and that Cross-Appellants Robert Gaudin and Linda

Gaudin shall pay Jeffrey A. Severs and Lila Severs's costs, if any, incurred in defending

Robert Gaudin and Linda Gaudin's cross appeal only, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman